# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JAMES GLASS, )<br>)<br>      Petitioner, )<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>ANDREW S. NORTHERN, Chief Investigator, )<br>)<br>      Respondents. ) | No. 1:06-cv-0093-SEB-VSS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 01/23/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

James F. Glass Sr.
DOC #882630
Miami Correctional Facility
P.O. Box 900
Bunker Hill, IN 46914